Boyertown Burial Casket Co., Appellant, *v.* Commonwealth.

Argued January 4, 1951. Before DREW, C. J., STERN, STEARNE, JONES, BELL and LADNER, JJ.

576

578

580

586

588

*Henry S. Drinker,* with him *Henry W. Sawyer, 3rd, Eliot B. Thomas, Lewis H. Van Dusen, Jr.,* and *Drinker, Biddle & Reath* for appellant.

*Morley W. Baker,* Special Deputy Attorney General, with him *Charles J. Margiotti,* Attorney General, for appellee.

OPINION PER CURIAM, March 19, 1951:

The respective orders appealed from are affirmed on the opinion of Judge SMITH for the court below.

Orders affirmed.